# UNITED STATES DISTRICT COURT
## for the
### Western District of Virginia

CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED for Danville

OCT 17 2011

JULIA C. DUDLEY, CLERK
BY: /s/ Tay Coleman
DEPUTY CLERK

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Tyhan Seneca Tillman ) | Case No: 4:03-cr-70056-1 |
| ) | USM No: 10031-084 |
| Date of Previous Judgment: 07/30/2008 ) | |
| *(Use Date of Last Amended Judgment if Applicable)* ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of **121** months is reduced to **120 months***.

**I. COURT DETERMINATION OF GUIDELINE RANGE** *(Prior to Any Departures)*

| | | | |
|---|---|---|---|
| Previous Offense Level: | 32 | Amended Offense Level: | 28 |
| Criminal History Category: | I | Criminal History Category: | I |
| Previous Guideline Range: | 121 to 151 months | Amended Guideline Range: | 120 to 120* months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other *(explain)*:

**III. ADDITIONAL COMMENTS**
\* Defendant's term of imprisonment is reduced to 120 months (the statutory minimum).

Except as provided above, all provisions of the judgment dated **07/30/2008** shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 10/14/2011

Judge's signature

Effective Date: 11/01/2011
*(if different from order date)*

Norman K. Moon, United States District Judge
*Printed name and title*